Certificate Number: 06531-NYS-DE-039902833

Bankruptcy Case Number: 25-22400



06531-NYS-DE-039902833

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 23, 2025, at 10:00 o'clock PM CDT, Amanda G Valverde completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of New York.

Date: July 23, 2025

By: /s/Deyanira Reyes

Name: Deyanira Reyes

Title: Certified Credit Counselor